Alan J. Leiman (OSB No. 980746)
alan@leimanlaw.com
Drew G. Johnson (OSB No. 114289)
drew@leimanlaw.com
Stacy A. McKerlie (OSB No. 134230)
stacy@leimanlaw.com
LEIMAN & JOHNSON, LLC
44 W. Broadway, Suite 326
Eugene, OR  97401

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| **RICHARD BEEMER,** individually and on behalf of all others similarly situated | **CASE NO**.: 6:15-cv-01368-MC |
| Plaintiff, | **NOTICE OF DISMISSAL BY PLAINTIFF PURSUANT TO FRCP 41(a)** |
| v. | |
| **UNIFIRST CORPORATION,** a Massachusetts Corporation. | |
| Defendant. | |

The parties to the above-captioned matter have agreed to arbitrate the claims raised

therein. Pursuant to FRCP 41(a), Plaintiff hereby dismisses his action without prejudice in its

entirety, each party to bear their own fees and costs.

//

//

NOTICE OF DISMISSAL BY PLAINTIFF PURSUANT TO FRCP 41(A)

DATED: September 11, 2015.

Respectfully submitted,

__/s/ Drew G. Johnson_____
Drew G. Johnson
E-mail: drew@leimanlaw.com
Oregon State Bar No.:  114289
44 W. Broadway, Suite 326
Eugene, OR  97401
Telephone: (541) 345-2376
Facsimile:  (541) 345-2377
Of Attorneys for Plaintiff